| | |
|---|---|
| 1 | BERNDT INGO BRAUER |
| | ATTORNEY AT LAW |
| 2 | STATE BAR NO. 96699 |
| | 111 WEST ST. JOHN STREET |
| 3 | SUITE 555 |
| | SAN JOSE, CA 95113 |
| 4 | TEL: (408) 275-1290  FAX: (408) 275-1396 |
| 5 | Attorney for Defendant |
| | JOSE LUIS GARCIA-VALADEZ |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | Case No.: CR-08-00673-RMW |
| ) | |
| Plaintiff, ) | **STIPULATION AND []** |
| ) | **ORDER CONTINUING SENTENCING** |
| vs. ) | **HEARING FROM NOVEMBER 14, 2011** |
| ) | **TO JANUARY 5, 2012 AND CHANGING** |
| JOSE LUIS GARCIA-VALADEZ, ) | **THE BRIEFING SCHEDULE** |
| ) | |
| Defendant ) | |

The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the Motion to Vacate the Plea pursuant to hearing currently set for November 14, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for January 5, 2012 at 9:00 a.m.

On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326, re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-Valadez filed a motion to withdraw his plea. On March 7, 2011, this Court signed the Order granting Mr. Garcia-Valadez's application to substitute attorney Berndt Ingo Brauer as his new counsel of record.

Mr. Garcia-Valadez's immigration attorney Victor Castro had requested documents pertaining to a prior matter from 1980. However, due to the age of the file, it took several months to obtain

- 1-

**Stipulation and [] Order**

these documents. After Mr. Castro obtained these documents, he realized he had received the wrong file, and needed to reorder it. In addition, counsel for Mr. Garcia-Veladez has ordered copies of Mr. Garcia-Veladez's dental records, which are necessary to prepare a viable defense in this matter. To date, defense counsel has not received these records.

On October 31, 2011, counsel for both parties agreed to continue the deadline to submit defendant's Motion to Withdraw Plea. The parties also agreed to request a continuance of the hearing date set for the motion from November 14, 2011 to January 5, 2012.

The parties, thereby, jointly request that the motion hearing be reset for January 5, 2012 and further request that the deadline for filing the motion by defense counsel for Mr. Garcia-Valadez be extended to December 16, 2011 and the deadline for a government response be extended to December 23, 2011.

IT IS SO STIPULATED.

Dated: November 2, 2011  _____/s/\_\_\_\_
BERNDT INGO BRAUER
Attorney for Defendant
JOSE LUIS GARCIA-VALADEZ

IT IS SO STIPULATED

Dated: November 2, 2011  _____/s/\_\_\_\_
CAROLYNE SANIN
Assistant U.S. Attorney

**[] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for November 14, 2011 at 9:00 a.m. is vacated, and the matter is continued to January 5, 2012 at 9:00 a.m. Further, the Court ORDERS that any subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by December 16, 2011, and any response from the government be filed by December 23, 2011.

IT IS SO ORDERED.

Dated: FFDIFF

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Court Judge

**Stipulation and [] Order**