MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LUIS GARCIA-VALADEZ,<br><br>    Defendant. | No.   08 CR 673 RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING DATE AND EXTENDING THE<br>BRIEFING SCHEDULE |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for January 3, 2012 at 1:30 p.m., be continued and rescheduled for February 13, 2012 at 9:00a.m. Due to the unavailability of government counsel, the parties jointly request a continuance.

    In addition, the parties jointly request that the deadline for filing any related motion by defense counsel be extended to January 10, 2012 and the deadline for a government response be extended to January 25, 2012.

It is so stipulated.

1

| | | |
|---|---|---|
| DATED: December 7, 2011 | | MELINDA HAAG<br>United States Attorney |
| | | /s/<br>Carolyne A. Sanin<br>Special Assistant United States Attorney |
| | | /s/<br>BERNDT INGO BRAUER<br>Attorney for Defendant |

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the date set for the sentencing hearing of the defendant in the above-entitled case be continued from January 3, 2012 at 1:30 p.m. and be rescheduled for February 13, 2012 at 9:00a.m. Further, the Court ORDERS that any motion by defense counsel related to this hearing be filed by January 10, 2012, and any response by the government be filed by January 25, 2012.

IT IS SO ORDERED.

DATED: FGBCFBFF

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE