BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290  FAX: (408) 275-1396

Attorney for Defendant
JOSE LUIS GARCIA-VALADEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS GARCIA-VALADEZ,<br><br>Defendant | Case No.: CR-08-00673-RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>HEARING FROM FEBRUARY 13, 2012<br>TO MARCH 26, 2012 AND CHANGING<br>THE BRIEFING SCHEDULE** |

The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the Motion to Vacate the Plea pursuant to hearing currently set for February 13, 2012 at 9:00 a.m. be vacated, and that the hearing be re-set for March 26, 2012 at 9:00 a.m.

On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326, re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-Valadez filed a motion to withdraw his plea. On March 7, 2011, this Court signed the Order granting Mr. Garcia-Valadez's application to substitute attorney Berndt Ingo Brauer as his new counsel of record.

Mr. Garcia-Valadez's immigration attorney Victor Castro had requested documents pertaining to a prior matter from 1980. However, due to the age of the file, it took several months to obtain

- 1-

**Stipulation and [Proposed] Order**

these documents. After Mr. Castro obtained these documents, he realized he had received the wrong file, and needed to reorder it. In addition, counsel for defendant has not yet received a report of the psychiatric evaluation performed by Dr. Bruce Wermuth. It is expected that that report will be completed within the next two weeks.

On January 10, 2012, counsel for both parties agreed to continue the deadline to submit defendant's Motion to Withdraw Plea. The parties also agreed to request a continuance of the hearing date set for the motion from February 13, 2012 to March 26, 2012.

The parties, thereby, jointly request that the motion hearing be reset for March 26, 2012 and further request that the deadline for filing the motion by defense counsel for Mr. Garcia-Valadez be extended to March 5, 2012 and the deadline for a government response be extended to March 14, 2012.

IT IS SO STIPULATED.

Dated: January 10, 2012 　　　　　　　　　　　　/s/　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　BERNDT INGO BRAUER
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　JOSE LUIS GARCIA-VALADEZ

IT IS SO STIPULATED

Dated: January 10, 2012 　　　　　　　　　　　　/s/　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　CAROLYNE SANIN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**Stipulation and [] Order**

1  **[] ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the hearing in this matter previously set for February 13, 2012 at 9:00 a.m. is

4  vacated, and the matter is continued to March 26, 2012 at 9:00 a.m. Further, the Court ORDERS

5  that any subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by March 5,

6  2012, and any response from the government be filed by March 14, 2012.

    IT IS SO ORDERED.
    Dated:_____

    RONALD M. WHYTE
    United States District Court Judge

- 3 -

**Stipulation and [] Order**